# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

      Case No. 17-cr-30123-DRH-2

**LEVONNA BURNS,**

      **Defendant.**

## ORDER

**HERNDON, District Judge:**

Now before the Court is defendant Levonna Burns' motion to continue trial setting of November 5, 2018 (Doc. 105). Counsel for defendant Burns states that she needs additional time. The government does not object to a continuance. Being fully advised in the premises and for the reasons stated in the motion, the Court finds counsel and defendant require additional time. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Further, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, the Court **GRANTS** defendant's motion to continue trial setting of November 5, 2018 (Doc. 105). The Court **CONTINUES** the jury trial scheduled for November 5, 2018, to **Monday, December 10, 2018, at 9:00 a.m.** The time from

the date the original motion was filed, September 28, 2018, until the date to which the trial is rescheduled, **December 10, 2018**, is excludable time for the purposes of speedy trial. Finally, should any party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Judge Herndon
2018.10.03
10:04:40 -05'00'

United States District Judge